IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WILLIAM ANDRE BETTS, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that:

(1)   The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 214) has been set before the undersigned United States district judge on Friday, February 4, 2011, at 11:30 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2)   The United States Marshal is directed to return the defendant to the district for the hearing.

Dated January 27, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge